```
                    UNITED STATES BANKRUPTCY COURT
                       Western District of Missouri


In re:                          )
                                )
Samuel & Elizabeth Quinones,    )
              Debtors,          )
                                ) Case No. 13-40933
                                )
                                ) Chapter 13
```

### DEBTORS' AMENDMENT TO CHAPTER 13 PLAN

Come Now Debtors, Samuel & Elizabeth Quinones, by and through their attorney of record, Jason C. Amerine, and amends their Chapter 13 Plan to reflect the following:

1. That Debtors' Chapter 13 Plan payments shall **increase** to **$1,910.00** per month.

2. That all other provisions of Debtors' Chapter 13 Plan are to remain the same.

```
                         Respectfully Submitted,

                         Castle Law Office of Kansas City


                         By: /s/Jason C. Amerine
                         Jason C. Amerine #50857
                         811 Grand Blvd.
                         Suite 101
                         Kansas City, MO 64106
                         P: 816-842-6200
                         F: 816-421-5403
```

## Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing Amendment to Chapter 13 Plan was served first-class mail, postage prepaid, or via electronic filing on the following parties on June 5, 2013.

/s/Jason C. Amerine
Jason C. Amerine #50857

Mr. Richard V. Fink
Chapter 13 Trustee
818 Grand Blvd. Ste. 800
Kansas City, MO 64106