```
                    UNITED STATES BANKRUPTCY COURT
                      Western District of Missouri


In re:                          )
                                )
Samuel & Elizabeth Quinones,    )
              Debtors,          )
                                ) Case No. 13-40933
                                )
                                ) Chapter 13
```

### DEBTORS' AMENDMENT TO CHAPTER 13 PLAN

Come Now Debtors, Samuel & Elizabeth Quinones, by and through their attorney of record, Jason C. Amerine, and amends their Chapter 13 Plan to reflect the following:

1. That Debtors' Chapter 13 Plan payments shall **decrease** to **$440.00** per month.

2. That debtor's on-going mortgage payment to Residential Credit Solutions shall be paid direct beginning with the July 2014 disbursement.

3. That the pre-petition arrearage amount still owed, as well as, any post-petition arrearage amount shall be paid direct by the debtor as it has been rolled into the loan modification.

4. That all other provisions of Debtors' Chapter 13 Plan are to remain the same.

Respectfully Submitted,

Castle Law Office of Kansas City

```
                              By: /s/Jason C. Amerine_____
                              Jason C. Amerine #50857
                              811 Grand Blvd.
                              Suite 101
                              Kansas City, MO 64106
                              P:  816-842-6200
                              F:  816-421-5403
```

**Certificate of Service**

The undersigned hereby certifies that a true and accurate copy of the foregoing Amendment to Chapter 13 Plan was served first-class mail, postage prepaid, or via electronic filing on the following parties and the attached matrix this July 9, 2014.

```
                              /s/Jason C. Amerine_____
                              Jason C. Amerine #50857
```

Mr. Richard V. Fink
Chapter 13 Trustee
818 Grand Blvd. Ste. 800
Kansas City, MO 64106

Residential Credit Solutions
4708 Mercantile Dr
Fort Worth, TX 76137

Millsap and Singer
612 Spirit Drive
St. Louis, MO 63005

| | | |
|---|---|---|
| Advance America<br>4625 Shawnee Dr<br>Kansas City KS 66106 | Affiliated Management Services Inc<br>PO BOX 2119<br>Mission KS 66201 | Americash Loans LLC<br>3375 Main St<br>Kansas City MO 64111 |
| Berlin Wheeler Inc<br>Pob 479<br>Topeka KS 66601 | Berlin-wheeler,inc-mo<br>711 W Mccarty St<br>Jefferson City MO 65101 | Capital One Auto Finance<br>3901 N Dallas Pkwy<br>Plano TX 75093 |
| Chase<br>10790 Rancho Bernardo Rd<br>San Diego CA 92127 | Check Smart<br>4996 Roe Avenue<br>Mission KS 66205 | Exe Fin Con<br>Po Box 14765<br>Shawnee Mission KS 66285 |
| Executive Financial Cons<br>310 Armour Road<br>Kansas City MO 64116 | Gemb/care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell GA 30076 | Josephine Ortega<br>3434 Bell<br>Kansas City MO 64111 |
| Kansas Counselors Of K<br>Po Box 14765<br>Shawnee Mission KS 66285 | KDOR<br>915 SW Harrison Street<br>Topeka KS 66625 | North Kansas City Hospital<br>PO Box 419263, Dept. 222<br>Kansas City MO 64193 |
| Northland Radiology<br>P.O. Box 419380<br>Dept. 128<br>Kansas City MO 64141 | Receivables Management<br>14675 Martin Dr<br>Eden Prairie MN 55344 | Residential Credit Slt<br>4282 North Fwy<br>Fort Worth TX 76137 |
| Sams Club / GEMB<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell GA 30076 | St Lukes Hospital<br>4401 Wornall Rd.<br>Kansas City MO 64111 | Venture Financial<br>9500 E. 63rd St. Ste 202<br>Kansas City MO 64133-4951 |